This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38485

**ANDREW STUMP,**

Petitioner-Appellee,

v.

**BLAYNE MINICK,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Mary W. Rosner, District Judge**

Andrew Stump
Youngtown, AZ

Pro Se Appellee

Blayne Minick
Las Cruces, NM

Pro Se Appellant

### MEMORANDUM OPINION

**VARGAS, Judge.**

**{1}** Respondent appeals the district court's order awarding Petitioner primary physical custody of Child. This Court issued a calendar notice proposing to affirm the district court's order on June 25, 2020. On July 20, 2020, Petitioner filed a memorandum in support of this Court's notice of proposed disposition. To this date, Respondent has not filed a memorandum in opposition to this Court's notice of proposed disposition, and the time for doing so has now run. Accordingly, we rely on the reasoning set out in this Court's notice of proposed disposition and we affirm.

**{2}** **IT IS SO ORDERED.**

**JULIE J. VARGAS, Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**MEGAN P. DUFFY, Judge**